12 A.3d 288

**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**David L. BRADFORD, Respondent.**

Supreme Court of Pennsylvania.

Jan. 12, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 12th day of January 2011, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Whether the Superior Court erred in ruling that the trial court was correct in determining that the Commonwealth did not act with due diligence in bringing respondent to trial?

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.